IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATALIE PETRONGOLA,<br><br>     Plaintiff,<br><br>  v.<br><br>ROTHMAN NATIONAL MANAGEMENT SERVICES ORGANIZATION, LLCL et al.,<br><br>     Defendant. | CIVIL ACTION<br>NO. 23-734 |

## ORDER

**AND NOW**, this 22nd day of January 2026, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 79), Plaintiff's Response in Opposition (Doc. No. 104), Defendants' Reply (Doc. No. 109), and the Report and Recommendation of Special Master James R. Rohn, Esquire, (Doc. No. 128), to which no objections have been filed, it is **ORDERED** as follows:

1. The Report and Recommendation of Special Master James J. Rohn, Esquire, (Doc. No. 128) is **APPROVED** and **ADOPTED**.

2. Defendants' Motion for Summary Judgment (Doc. No. 79) is **GRANTED** in part and **DENIED** in part.[1]

                 BY THE COURT:

                 /s/ Joel H. Slomsky
                 JOEL H. SLOMSKY, J.

---

[1] In accordance with the Report and Recommendation of Special Master James J. Rohn, Esquire, Defendants' Motion for Summary Judgment will be denied on Plaintiff's claims for sex discrimination and retaliation. (See Doc. No. 128.) Defendant's Motion for Summary Judgment will be granted on Plaintiff's claim for a hostile work environment. (See Doc. No. 128.)